UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMAS ALVAREZ and ERIKA AQUINO,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAPITOL DRYWALL, INC., EAST COAST DEVELOPERS, LLC and GABRIEL MONTECINOS,<br><br>*Defendants*. | No. 18-cv-02540 (DLF) |

**ORDER APPROVING SETTLEMENT**

Upon consideration of the Parties' Joint Motion to Approve Settlement Agreement, and the entire record herein, it is hereby:

ORDERED that the Parties' Motion to Approve Settlement is GRANTED; and it is further

ORDERED that the Parties' proposed Settlement Agreement represents a bona fide compromise of the Plaintiffs' claims that is fair and reasonable in light of the FLSA's statutory requirements; and it is further

ORDERED that Plaintiffs' claims are dismissed with prejudice.

May 19, 2020

DABNEY L. FRIEDRICH
United States District Judge